# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSHUA COVINGTON**  PLAINTIFF

V.  NO. 4:25-cv-00918-KGB-ERE

**CLARK USSERY and**
**FAULKNER COUNTY**
**DETENTION CENTER**  DEFENDANTS

## RECOMMENDED DISPOSITION

### I.  Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Covington's claims has been sent to United States District Chief Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact.

### II.  Discussion

On September 5, 2025, *pro se* plaintiff Joshua Covington, an inmate at the Faulkner County Detention Center, Unit 1, filed this § 1983 lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

With his initial filing, Mr. Covington failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did he pay a filing fee. As a result, on September 8, 2025, I directed the Clerk of Court to send Mr. Covington an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 6*. I specifically warned Mr. Covington that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

On October 7, 2025, Mr. Covington filed an incomplete IFP application noting that Detention Center officials had refused to complete his jail account information sheet. *Doc. 7*.

On the same day, I instructed the Clerk to send Mr. Covington a new IFP application and provided him 30 additional days to either return a complete IFP application or pay the statutory filing fee. *Doc. 9*. I also instructed Mr. Covington to notify the Court if he continued to have difficulty having Detention Center staff complete his jail account information sheet, so that the Court could resolve that issue. *Id*.

To date, although Mr. Covington has filed a notice and two affidavits with the Court (*Docs. 10, 11, 12*), he has not addressed the filing-fee requirement; nor has he informed the Court that Detention Center staff have continued to refuse to assist him. The time to address the filing-fee requirement has passed.

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Covington's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's October 7, 2025 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 18 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE